**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Daryl MCDONALD,**
**Defendant–Appellant.**

**No. 03–10436.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 11, 2004.\*

Decided May 27, 2004.

Edward Torpoco, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Mark D. Eibert, Half Moon Bay, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, SILER,\*\* and HAWKINS, Circuit Judges.

\*\* The Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.

## ORDER ***

McDonald has completed the entirety of his sentence and has established no collateral consequences—stigmatic or otherwise—sufficient to maintain the appeal. *See Spencer v. Kemna,* 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).

DISMISSED AS MOOT.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

